UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE TOLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-cv-919-JPG |
| | ) |
| JACKSON COUNTY HOUSING, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

This matter having come before the Court, and Plaintiff Maurice Toliver having failed to serve Defendant Jackson County Housing,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: January 24, 2011**        **NANCY ROSENSTENGEL, Clerk of Court**

                                                     **s/Brenda K. Lowe, Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**